DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Papa Ads, LLC, ) | |
| ) | CASE NO. 5:10 CV 203 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Gatehouse Media, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion for summary judgment on Counts 3 and 4 of plaintiff's first amended complaint is GRANTED.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for summary judgment on defendants' counterclaim is GRANTED.

This case is CLOSED, each party to bear their own costs and attorney fees.


IT IS SO ORDERED.


| | |
|---|---|
|   March 22, 2011 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |